UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Parker G. Becker,

Debtor

Case No.: __25-10297-JNP__

Chapter: __13__

Hearing Date: __05/27/2025__

Judge: __Poslusny__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 9 Pennsylvania Avenue (Docket # 23)

Date: 5/22/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*