| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Parker G. Becker,<br><br>Debtor | Case No.: __25-10297-JNP__<br><br>Chapter: __13__<br><br>Hearing Date: __06/18/2025__<br><br>Judge: __Poslusny__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 17)

Date: 6/16/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*