Barbara J. Snavely, Esquire
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: Parker G. Becker aka Susan G. Bacon | : | CHAPTER 13 |
| Debtor, | : | CASE NUMBER 25-10297/JNP |

## **OPPOSITION TO FINAL ADJOURNMENT ORDER**

I, Parker G. Becker, the debtor herein, certify as follows:

1. My original Chapter 13 plan proposed the cram-down of a vehicle and the cure of mortgage arrears by way of loan modification. Despite a great deal of effort I had not been able to obtain a loan modification or ERMA assistance because of complications involving my deed. On September 26, 2025 I reluctantly filed a modified plan proposing to sell my home.

2. A final adjournment was scheduled in my case on October 2, 2025, requiring that I provide a listing agreement for my house, appoint the realtor, provide a substantive update from the realtor regarding attempts to sell, and to make two additional plan payments in the amount of $499 each.

3. After this final adjournment order was entered, I was finally offered a trial loan modification. I do not want to sell my house and would prefer to stay, especially because I own dogs and would have a difficult time finding accommodation for them.

4. As a result of the trial loan modification, my attorney agreed to entry of a court order with mortgage counsel whereby I would make the trial modification payments and that the trustee need not make disbursements to the mortgage creditor while the loan modification is pending. The trial modification requires payments of $2,690.54 for six months, from November, 2025 through April 2026.

5. I respectfully request that my bankruptcy should be allowed to continue because the issues involving my two primary creditors (the car creditor and the mortgage company) have been resolved pending the outcome of the loan modification.

      I certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  11-12-25                                                                                  /s/   Parker G. Becker
                                                                                                          Parker G. Becker, Debtor