Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−10297−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Parker G Becker
aka Susan G Bacon, aka Susan Gail Bacon
9 Pennsylvania Avenue
Stratford, NJ 08084

Social Security No.:
   xxx−xx−7587

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 19, 2026.

Dated: February 19, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Parker G Becker

    Debtor

Case No. 25-10297-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: plncf13 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parker G Becker, 9 Pennsylvania Avenue, Stratford, NJ 08084-1727 |
| 520509358 | | Bridgecrest Credit Company, LLC, 1800 N Colorado Street, Gilbert, AZ 85233 |
| 520509359 | + | Bridgecrest/AIS Portfolio Services LLC, 4515 N Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 520509364 | #+ | Lavin, Cedrone,Graver, Boyd & Disipio, Regina Cohen, Esquire, 190 N Independence Mall West 6th& Race, Suite 190, Philadelphia, PA 19106-1557 |
| 520509372 | + | Tesla Solar Panels, 3500 Deer Creek Road, Palo Alto, CA 94304-1317 |
| 520509373 | + | The Money Source, 999 North West Grand Blvd, Oklahoma City, OK 73118-6051 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2026 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2026 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520616240 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 19 2026 21:37:21 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520593840 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 19 2026 21:37:07 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520527777 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 19 2026 21:16:09 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520509360 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 21:15:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520509361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 21:15:56 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520526945 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 19 2026 21:16:23 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520509362 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 21:16:21 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520509363 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 19 2026 21:16:10 | Department of Education/Advantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 520578490 | + | Email/Text: BNCnotices@dcmservices.com | Feb 19 2026 21:12:00 | EMERGENCY PHYS ASSOCIATES OF SOUTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520509365 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0312-1                           User: admin                                    Page 2 of 3

Date Rcvd: Feb 19, 2026                        Form ID: plncf13                               Total Noticed: 31

| Recip ID | Notice Type | Time | Name and Address |
|---|---|---|---|
| | | Feb 19 2026 21:37:14 | LVNV Funding, c/o Resurgent Captial Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520528133 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 19 2026 21:15:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520509366 | ^ MEBN | | |
| | | Feb 19 2026 21:05:18 | MaxLend, PO Box 760, Parshall, ND 58770-0703 |
| 520575861 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:15:57 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520509367 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:15:56 | Midland Mortgage Company/Mid First Bank, Attention: Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520509368 | + Email/Text: bankruptcy1@pffcu.org | | |
| | | Feb 19 2026 21:12:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520531539 | + Email/Text: bankruptcy1@pffcu.org | | |
| | | Feb 19 2026 21:12:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520509369 | + Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 19 2026 21:13:00 | Quantum 3 Group LLC / Aqua Finance Inc., PO Box788, Kirkland, WA 98083-0788 |
| 520511497 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 19 2026 21:13:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520509371 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:16:07 | SYNCB/PPC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520509370 | + Email/Text: bankruptcynotice@sjindustries.com | | |
| | | Feb 19 2026 21:12:00 | South Jersey Gas, PO Box 577, Attn Bankruptcy Dept, Hammonton, NJ 08037-0577 |
| 520591792 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 19 2026 21:16:23 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520509374 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 19 2026 21:11:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 520509375 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 19 2026 21:11:00 | Verizon Wireless/Southeast, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520654488 | *+ | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                    Signature:        /s/Gustava Winters

District/off: 0312-1                                    User: admin                                          Page 3 of 3
Date Rcvd: Feb 19, 2026                                Form ID: plncf13                                  Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Parker G Becker jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Bridgecrest Acceptance Corporation laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6