UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Barbara J Snavely, Esquire
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
B_Snavely@comcast.net

In Re:

     Parker Becker,

         Debtor(s)

Chapter 13

Case Number: 25-10297

Judge: Jerrold N. Poslusny,Jr.

**WITHDRAWAL OF DOCUMENT NO. 55**
**DEBTOR'S CERTIFICATION IN OPPOSITION TO MIDFIRST BANK**
**FILED ON APRIL 16, 2026**

I, Barbara J Snavely, Esq., counsel to Parker Becker, debtor  hereby withdraws

document no. 55 , OPPOSITION TO MIDFIRST BANK , filed on April 16, 2026 in the

above referenced  manner.

Dated: 6-30-26                  /s/ Barbara J Snavely, Esquire
                                    Barbara J Snavely, Esquire