**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

**In RE:**

PARKER G BECKER

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 12

**Case Number:** 25-10297

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Bridgecrest Acceptance Corporation**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent | Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent |
| P.O. Box 4138 | PO Box 661384 |
| Houston, TX 77210 | Dallas,TX 75266-1384 |

Date: 08/10/2026

/s/ Amit Rohit

Creditor's Authorized Agent for Bridgecrest Acceptance Corporation

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**In RE:**

**Chapter:** 13

PARKER G BECKER

**Case Number:** 25-10297

**Debtor(s)**

## Certificate of Service

I certify that on 08/10/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
BARBARA J SNAVELY
BARBARA@SNAVELYLAW.US

Trustee
ANDREW B FINBERG
courtmail@standingtrustee.com

/s/ Amit Rohit

Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com