UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Barbara J. Snavely
900 Route 168
Suite I-4
Turnersville, NJ 08012
(856)228-7964

Barbara@snavelylaw.us

In Re:

Parker Becker,

Debtor

Case No.: 25-10297

Chapter: 13

Adv. No.: ____________

Hearing Date: ____________

Judge: Jerrold N. Poslusny

## CERTIFICATION OF SERVICE

1. I, Jill Burns :

☐ represent ____________ in this matter.

☒ am the secretary/paralegal for Barbara J. Snavely, who represents the debtor in this matter.

☐ am the ____________ in this case and am representing myself.

2. On 9-11-26, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Copy of the Order Respecting Amendment to Schedule E/F,G or H, Notice of Chapter 13 Bankruptcy Case, Copy of the latest filed Modified Chapter 13 Plan and a Copy of the Notice of Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9-11-26

/s/ Jill Burns
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, New Jersey 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg, Trustee<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Parc One Apt LP<br>c/o Riverwood Management<br>311 Blvd of The Americas, Suite 206<br>Lakewood, NJ 08701 | Apartment Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Public Storage<br>1111 Centennial Blvd<br>Voorhees, NJ 08043 | Storage Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tesla Solar Panels<br>3500 Deer Creek Road<br>Palo Alto, CA 94304 | Solar Panel Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |