Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−10297−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Parker G Becker
aka Susan G Bacon, aka Susan Gail Bacon
9 Pennsylvania Avenue
Stratford, NJ 08084

Social Security No.:
xxx−xx−7587

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on February 19, 2026.

On 9/10/2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date: October 21, 2026
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 15, 2026
JAN: jgd

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Parker G Becker
Debtor

Case No. 25-10297-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Sep 15, 2026 | Form ID: 185 | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parker G Becker, 9 Pennsylvania Avenue, Stratford, NJ 08084-1727 |
| 520509358 | | Bridgecrest Credit Company, LLC, 1800 N Colorado Street, Gilbert, AZ 85233 |
| 520509359 | + | Bridgecrest/AIS Portfolio Services LLC, 4515 N Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 520509364 | #+ | Lavin, Cedrone,Graver, Boyd & Disipio, Regina Cohen, Esquire, 190 N Independence Mall West 6th& Race, Suite 190, Philadelphia, PA 19106-1557 |
| 521359358 | + | Parc One Apt LP, c/o Riverwood Management, 311 Blvd of The Americas, Suite 206, Lakewood, NJ 08701-4959 |
| 521359359 | | Public Storage, 1111 Centennial Blvd, Voorhees, NJ 08043 |
| 520509372 | + | Tesla Solar Panels, 3500 Deer Creek Road, Palo Alto, CA 94304-1317 |
| 520509373 | + | The Money Source, 999 North West Grand Blvd, Oklahoma City, OK 73118-6051 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2026 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2026 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520616240 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 16 2026 02:39:42 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520593840 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 21:21:27 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520527777 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 15 2026 21:21:18 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520509360 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 21:21:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520509361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2026 21:21:13 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520526945 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2026 21:21:16 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520509362 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 15 2026 21:21:13 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520509363 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 15 2026 21:21:14 | Department of Education/Advantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 520578490 | + | Email/Text: BNCnotices@dcmservices.com | Sep 15 2026 21:18:00 | EMERGENCY PHYS ASSOCIATES OF SOUTH |

| | | | | |
|---|---|---|---|---|
| | | | | JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520509365 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:04 | LVNV Funding, c/o Resurgent Captial Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520528133 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2026 21:21:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520509366 | ^ | MEBN | Sep 15 2026 21:08:40 | MaxLend, PO Box 760, Parshall, ND 58770-0703 |
| 520575861 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 15 2026 21:21:02 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520509367 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 15 2026 21:21:03 | Midland Mortgage Company/Mid First Bank, Attention: Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520509368 | + | Email/Text: bankruptcy1@pffcu.org | Sep 15 2026 21:18:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520531539 | + | Email/Text: bankruptcy1@pffcu.org | Sep 15 2026 21:18:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520509369 | + | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2026 21:18:00 | Quantum 3 Group LLC / Aqua Finance Inc., PO Box788, Kirkland, WA 98083-0788 |
| 520511497 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2026 21:18:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520509371 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2026 21:21:22 | SYNCB/PPC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520509370 | + | Email/Text: bankruptcynotice@sjindustries.com | Sep 15 2026 21:18:00 | South Jersey Gas, PO Box 577, Attn Bankruptcy Dept, Hammonton, NJ 08037-0577 |
| 520591792 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2026 21:21:15 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520509374 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 15 2026 21:17:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 520509375 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 15 2026 21:17:00 | Verizon Wireless/Southeast, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| 520654488 | *+ | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 521359360 | *+ | Tesla Solar Panels, 3500 Deer Creek Road, Palo Alto, CA 94304-1317 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 User: admin 
Date Rcvd: Sep 15, 2026 Form ID: 185 Total Noticed: 33

Date: Sep 17, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Parker G Becker barbara@snavelylaw.us linda@snavelylaw.us |
| Laura M. Egerman | on behalf of Creditor Bridgecrest Acceptance Corporation laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6