Order Filed on October 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barbara J. Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
Barbara@snavelylaw.us

In Re:

Parker G. Becker

Case No.: 25-10297 JNP

Chapter: 13

Judge: Jerrold Poslusny

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 16, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Barbara J. Snavely, the applicant, is allowed a fee of $ 600 for services rendered and expenses in the amount of $ 0 for a total of $ 600 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ *** per month for ** months to allow for payment of the above fee.

** [Payments will be adjusted at the modified plan hearing. ]

*rev.8/1/15*